W. J. LEWIS v. ATLANTIC COAST LINE RAILROAD COMPANY.

(Filed 5 November, 1924.)

APPEAL by plaintiff from *Grady, J.,* at November Term, 1923, of ONSLOW.

*Nere E. Day and Wright & Stevens for plaintiff.*
*Rountree & Carr for defendant.*

PER CURIAM. This was an appeal by plaintiff from a judgment of nonsuit. The motion to nonsuit admits the truth of plaintiff's evidence in the light most favorable to plaintiff. From a careful reading of the evidence in this case, we think there was sufficient evidence to be submitted to a jury. There is no new principle of law involved. It is a question, as appears from the record, of fact for a jury to determine.

The judgment in the court below is

Reversed.